Robert M. Carlson
CORETTE BLACK CARLSON & MICKELSON
129 West Park Street
P.O. Box 509
Butte, MT  59703
PH   :  406-782-5800
FAX  :  406-723-8919
bcarslon@cpklawmt.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | | |
|---|---|---|
| SHARON TEAGUE and RANDALL TEAGUE, individually, and in their official capacity as Co-Personal Representatives of the ESTATE OF MARK RANDALL TEAGUE,<br><br>Plaintiffs,<br>v.<br><br>REMINGTON ARMS COMPANY, LLC; REMINGTON OUTDOOR COMPANY, INC.; SPORTING GOODS PROPERTIES, INC.; E.I. DU PONT DE  NEMOURS & COMPANY; DOES A to K,<br><br>Defendants. | * * * * * * * * * * * * * * * * * | No. CV-18-184-M-DLC<br><br>**DEFENDANTS' MOTION TO DISMISS COMPLAINT** |

Defendants REMINGTON ARMS COMPANY, LLC (hereinafter "Remington"), REMINGTON OUTDOOR COMPANY, INC., SPORTING GOODS PROPERTIES, INC., and E.I. DU PONT DE NEMOURS AND

COMPANY (collectively "Defendants"), by their undersigned attorney, file this Motion to Dismiss Plaintiff's Complaint [Doc. 1].

Pursuant to Fed. R. Civ. P. 12(b)(6), plaintiffs' Complaint fails to sufficiently allege a Montana product liability claim.  In further support of this motion, Defendants rely on and incorporate herein their Brief in Support filed contemporaneous to this motion.   Accordingly, Defendants respectfully requests that plaintiffs' Complaint be dismissed for failure to state a cause of action upon which relief can be granted.

DATED this 8th day of January, 2019.

s/ Robert M. Carlson  
Corette Black Carlson & Mickelson  
Attorneys for Defendants