IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
MAR 25 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| SHARON TEAGUE and RANDALL TEAGUE, Individually, and in their official capacity as Co-Personal Representatives of the ESTATE OF MARK RANDALL TEAGUE, <br><br>Plaintiffs, <br><br>vs. <br><br>REMINGTON ARMS COMPANY, LLC, REMINGTON OUTDOOR COMPANY, INC., SPORTING GOODS PROPERTIES, INC., E.I. DU PONT DE NEMOURS & COMPANY, DOES A TO K, <br><br>Defendants. | CV 18–184–M–DLC <br><br><br>ORDER |

Before the Court are Plaintiffs' Motions to Appear *Pro Hac Vice* of James J. McGoldrick and Jeffrey W. Hightower, Jr. (Docs. 17; 18.) Plaintiffs state that William A. Rossbach will act as local counsel for both McGoldrick and Hightower. The applications appear to be in order. Additionally, Plaintiffs indicate that Defendants have been contacted and do not oppose these motions. (Docs. 17 at 2; 18 at 2.) Accordingly,

IT IS ORDERED that Plaintiffs' Motions (Docs. 17; 18) are GRANTED on

the condition that McGoldrick and Hightower shall do their own work.   This means that they must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally in all hearings and other proceedings scheduled by the Court.   McGoldrick and Hightower shall take steps to register in the Court's electronic filing system ("CM-ECF").   Further information on CM-ECF is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that McGoldrick and Hightower shall file separate pleadings acknowledging their admission under the terms set forth above within fifteen days of this Order.   Should McGoldrick and Hightower fail to do so, this Order is subject to withdrawal as it relates to non-compliant counsel.

DATED this 25th day of March, 2019.

Dana L. Christensen, Chief Judge
United States District Court