FILED
APR 2 2 2019
Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHARON TEAGUE and RANDALL TEAGUE, Individually, and in their official capacity as Co-Personal Representatives of the ESTATE OF MARK RANDALL TEAGUE,<br><br>Plaintiffs,<br><br>vs.<br><br>REMINGTON ARMS COMPANY, LLC, REMINGTON OUTDOOR COMPANY, INC., SPORTING GOODS PROPERTIES, INC., E.I. DU PONT DE NEMOURS & COMPANY, DOES A TO K,<br><br>Defendants. | CV 18–184–M–DLC<br><br>ORDER |

Before the Court are Defendants' Unopposed Motions for *Pro Hac Vice* Admission of Dale G. Wills and Andrew A. Lothson. (Docs. 24; 25.) Defendants state that Robert M. Carlson will act as local counsel for both Wills and Lothson. The applications appear to be in order. Additionally, Defendants indicate that Plaintiffs have been contacted and do not oppose these motions. (Docs. 24; 25.)

Accordingly, IT IS ORDERED that Defendants' Motions (Docs. 24; 25) are

-1-

GRANTED on the condition that Wills and Lothson shall do their own work. This means that they must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally in all hearings and other proceedings scheduled by the Court. Wills and Lothson shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information on CM-ECF is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that Wills and Lothson shall file separate pleadings acknowledging their admission under the terms set forth above within fifteen days of this Order. Should Wills and Lothson fail to do so, this Order is subject to withdrawal as it relates to non-compliant counsel.

DATED this 22nd day of April, 2019.

Dana L. Christensen, Chief Judge
United States District Court