William A. Rossbach
ROSSBACH LAW, P.C.
401 North Washington Street
P. O. Box 8988, Hellgate Station
Missoula, MT 59807-8988
Telephone:	(406) 543-5156
Fax:		(406) 728-8878
bill@rossbachlaw.com

| | |
|---|---|
| Richard A. Ramler | Syd McKenna |
| Jorden S. Ramler | Justin Starin |
| Ramler Law Office, P.C. | McKenna & Starin, PLLC |
| 202 West Madison Ave. | 815 E. Front Street, #4A |
| Belgrade, MT  59714 | Missoula, MT 59802 |
| Telephone:  (406) 388-0150 | Telephone:   (406) 327-0800 |
| Fax:            (406) 388-6842 | Fax:             (406) 327-8706 |
| rramler@ramlerlaw.com | syd@mslawmt.com |
| jramler@ramlerlaw.com | justin@mslawmt.com |

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

_____

| | |
|---|---|
| SHARON TEAGUE and RANDALL TEAGUE, Individually, and in their official capacity as Co-Personal Representatives of the ESTATE OF MARK RANDALL TEAGUE,<br><br>    Plaintiffs,<br><br> v.<br><br>REMINGTON ARMS COMPANY, LLC; REMINGTON OUTDOOR COMPANY, INC.; SPORTING GOODS PROPERTIES, INC.; E.I. DU PONT DE NEMOURS & COMPANY;<br><br>DOES A to K, | CV 18-184-M-DLC<br><br><br>**PLAINTIFFS' MOTION TO COMPEL DISCOVERY** |

1

Defendants.

COMES NOW, Plaintiffs' and file their motion to compel Defense to produce documents and answer without objection the following discovery requests:

1. Plaintiffs' Interrogatories 1, 2, 3, and 4

2. Plaintiffs' Request for Production 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, and 101

3. Plaintiffs' Request for Admission 2, 3, 4, 5, 6, 7, and 8.

Accordingly, the Plaintiffs request that this Court order Remington to produce documents, answer and respond to Plaintiffs' discovery requests in accordance to the rules.

As required by L.R. 26.3(c)(1), the parties have had two meet and confer meetings via phone to try to resolve the disputed issues. Pursuant to L.R. 7.1(c)(1), Defense counsel was contacted and they object to this Motion.

DATED this 7th day of May, 2020.

                                            RAMLER LAW OFFICE, P.C.

                                            By:   /s/ Richard A. Ramler
                                                       Richard A. Ramler

                            MCKENNA & STARIN, PLLC

                            ROSSBACH LAW, PC

*Attorneys for Plaintiff*

## CERTIFICATION OF COMPLIANCE WITH L.R. 26.3(c)(1)

As required by L.R. 26.3(c)(1), the parties have communicated two separate times via phone conversation and detailed letter correspondence to attempt to meet and confer.

## CERTIFICATION OF COMPLIANCE WITH SCHEDULING ORDER

As required under the Scheduling Order, Counsel certifies it advised Plaintiffs that the loser will pay the opposing party's associated fees and costs.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon the following individuals by the means designated below this 7th day of May, 2020:

[X] CM/ECF                    Clerk, U.S. District Court

[X] CM/ECF                    Robert M. Carlson
                                          Corette Black Carlson & Mickelson
                                          129 West Park Street
                                          P.O. Box 509
                                          Butte, MT 59703

[X] CM/ECF                    Dale G. Wills
                                          Andrew A. Lothson

    Swanson, Martin & Bell, LLP
    330 North Wabash, Suite 3300
    Chicago, IL 60611

     /s/ Richard A. Ramler
    Richard A. Ramler