IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHARON TEAGUE and RANDALL TEAGUE, Individually, and in their official capacity as Co-Personal Representatives of the ESTATE OF MARK RANDALL TEAGUE, | CV 18–184–M–DLC |
| Plaintiffs, | ORDER |
| vs. | |
| REMINGTON ARMS COMPANY, LLC, REMINGTON OUTDOOR COMPANY, INC., SPORTING GOODS PROPERTIES, INC., E.I. DU PONT DE NEMOURS & COMPANY, DOES A TO K, | |
| Defendants. | |

Pursuant to this Court's Order of July 29, 2020, the parties have filed status reports indicating their positions regarding the effect of the Remington Defendants' recently filed bankruptcy proceedings.   Defendants ask the Court to stay this matter against all Defendants, including those that are not parties to the bankruptcy proceedings.   (Doc. 89.)   Plaintiffs request that the Court stay proceedings for 120–150 days while they determine whether a stay is, in fact, appropriate.   (Doc. 90.)

–1–

The Court agrees that the Plaintiffs should have an opportunity to determine whether this matter must be stayed in its entirety.    However, it will not order production of discovery materials in this matter at this time.    To the degree that Plaintiffs require information and documents that have not already been produced, the Court anticipates that they will have an opportunity to do so informally or through the bankruptcy proceedings without necessitating any action by this Court.

Accordingly, IT IS ORDERED that the trial set for October 5, 2020, the status conference set for August 14, 2020, and all related deadlines are VACATED, to be reset upon the lifting of the stay.

IT IS FURTHER ORDERED that each party shall file a status report on or before December 14, 2020.    In its report, each party shall set forth its position on whether this case can and should proceed in part.

IT IS FURTHER ORDERED that all pending motions are DENIED, subject to renewal upon the lifting of the stay.

DATED this 13th day of August, 2020.


_____
Dana L. Christensen, District Judge
United States District Court


–2–