Robert M. Carlson
CORETTE BLACK CARLSON & MICKELSON
129 West Park Street
Butte, MT  59703
bcarlson@cpklawmt.com
Telephone: (406) 782-5800

Dale G. Wills
Andrew A. Lothson
SWANSON, MARTIN & BELL, LLP
330 N. Wabash, Ste. 3300
Chicago, IL  60611
Telephone: (312) 321-9100
dwills@smbtrials.com
alothson@smbtrials.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| SHARON TEAGUE and RANDALL TEAGUE, Individually, and in their official capacity as Co-Personal Representatives of the ESTATE OF MARK RANDALL TEAGUE, | Case No: 9:18-cv-00184 |
| Plaintiffs, | **DEFENDANTS' STATUS REPORT** |
| v. | |
| REMINGTON ARMS COMPANY, LLC; REMINGTON OUTDOOR COMPANY, INC.; SPORTING GOODS PROPERTIES, INC.; E.I. DU PONT DE NEMOURS & COMPANY; DOES A to K, | |
| Defendants. | |

Defendants, Remington Arms Company, LLC, Remington Outdoor Company, Inc. (collectively "Remington"), E. I. duPont de Nemours and Company ("DuPont"), and Sporting Goods Properties, Inc. ("SGPI"), by their undersigned attorneys, submit the following Status Report in response to this Court's order of August 13, 2020. (Doc. 91)

On July 27, 2020, Defendants Remington Arms Company, LLC and Remington Outdoor Company, Inc. filed Voluntary Petitions in the United States Bankruptcy Court for the Northern District of Alabama seeking relief pursuant to Chapter 11 of Title 11 of the United States Code (the "Remington Bankruptcy"). The Remington Bankruptcy is ongoing and the automatic stay, 11 U.S.C. § 362, of this case in its entirety should continue pending resolution of the bankruptcy proceedings and pursuant to the Court's inherent power to stay proceedings. In support, Defendants incorporate the statements and legal positions set forth in their prior Status Report filed on August 10, 2020. (Doc. 89.) Defendants' position remains the same today, including that the contractual indemnity and defense obligations owed by Remington to SGPI and DuPont remain in force at this time and that redundancies in litigation are inefficient and unwarranted. (*Id.*) In sum, this case should remain stayed at this juncture.

DATED December 14, 2020.

-3-

        <u>s/ Robert M. Carlson</u>
        Corette Black Carlson & Mickelson

        Dale G. Wills (admitted pro hac vice)
        Andrew A. Lothson (admitted pro hac vice)
        SWANSON, MARTIN & BELL, LLP

        Attorneys for Defendants