Robert M. Carlson
CORETTE BLACK CARLSON & MICKELSON
129 West Park Street
P.O. Box 509
Butte, MT  59703
PH    :  406-782-5800
FAX  :  406-723-8919
bcarslon@cpklawmt.com

Dale G. Wills (admitted pro hac vice)
Andrew A. Lothson (admitted pro hac vice)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash, Suite 3300
Chicago, IL  60611
PH    :  312-321-9100
dwills@smbtrials.com
alothson@smbtrials.com
      Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | | |
|---|---|---|
| SHARON TEAGUE and RANDALL TEAGUE, individually, and in their official capacity as Co-Personal Representatives of the ESTATE OF MARK RANDALL TEAGUE, | * * * * * * | No. CV-18-184-M-DLC |
| Plaintiffs, | * * | DEFENDANTS' STATUS  REPORT |
| v. | * | |
| REMINGTON ARMS COMPANY, LLC; REMINGTON OUTDOOR COMPANY, INC.; SPORTING GOODS PROPERTIES, INC.; E.I. DU PONT DE  NEMOURS & COMPANY; DOES A to K, | * * * * * * | |
| Defendants. | * * * | |

Defendants, Remington Arms Company, LLC, Remington Outdoor Company, Inc. (collectively "Remington"), E. I. duPont de Nemours and Company and Sporting Goods Properties, Inc., by their undersigned attorneys, submit the following Status Report in response to this Court's order of December 15, 2020. (Doc. 94)

On July 27, 2020, Defendants Remington Arms Company, LLC and Remington Outdoor Company, Inc. filed Voluntary Petitions in the United States Bankruptcy Court for the Northern District of Alabama seeking relief pursuant to Chapter 11 of Title 11 of the United States Code (the "Remington Bankruptcy"). The Remington Bankruptcy is ongoing and the automatic stay, 11 U.S.C. § 362, has not been lifted.

Defendants incorporate the statements and legal positions set forth in their Status Report filed on August 10, 2020. (Doc. 89.) In sum, this case should remain stayed at this juncture. Defendants request that the Court continue the stay and provide for another status report five months from this date.

DATED this 31st day of March 2021.

                                                s/ Robert M. Carlson
                                                Corette Black Carlson & Mickelson

Dale G. Wills (admitted pro hac vice)
Andrew A. Lothson (admitted pro hac vice)
SWANSON, MARTIN & BELL, LLP

Attorneys for Defendants