IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHARON TEAGUE and RANDALL TEAGUE, Individually, and in their official capacity as Co-Personal Representatives of the ESTATE OF MARK RANDALL TEAGUE,<br><br>Plaintiffs,<br>vs.<br><br>REMINGTON ARMS COMPANY, LLC, REMINGTON OUTDOOR COMPANY, INC., SPORTING GOODS PROPERTIES, INC., E.I. DU PONT DE NEMOURS & COMPANY, DOES A TO K,<br><br>Defendants. | CV 18-184-M-DLC<br><br><br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO BRING RIFLE TRIGGER TO MEDIATION** |

The Plaintiffs, by their undersigned attorneys, respectfully asked this Court to sign an Order allowing them to bring a demonstrative Model 700 trigger to the mediation on February 23, 2023.

Good cause appearing and no objection by Defense, the motion is GRANTED and Plaintiffs may bring a trigger from a Model 700 Rifle to the mediation on February 23, 2023.  While this trigger is technically part of a firearm, it is no longer inside a firearm and cannot cause harm.  Therefore, the trigger will

be allowed through security at the Russell Smith Federal Courthouse in Missoula, Montana on February 23, 2023.

DATED this 13th day of February, 2023.

/s/ John Johnston
John Johnston
United States Magistrate Judge