Robert M. Carlson
CORETTE BLACK CARLSON & MICKELSON
129 West Park Street
P.O. Box 509
Butte, MT  59703
PH     :  406-782-5800
FAX   :  406-723-8919
bcarslon@cpklawmt.com

Dale G. Wills (admitted pro hac vice)
Andrew A. Lothson (admitted pro hac vice)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash, Suite 3300
Chicago, IL  60611
PH     :  312-321-9100
dwills@smbtrials.com
alothson@smbtrials.com

      Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | | |
|---|---|---|
| SHARON TEAGUE and RANDALL TEAGUE, individually, and in their official capacity as Co-Personal Representatives of the ESTATE OF MARK RANDALL TEAGUE,  <br><br>             Plaintiffs,<br>   v.<br><br>REMINGTON ARMS COMPANY, LLC; REMINGTON OUTDOOR COMPANY, INC.; SPORTING GOODS PROPERTIES, INC.; E.I. DU PONT DE NEMOURS & COMPANY; DOES A to K,<br><br>             Defendants. | * * * * * * * * * * * * * * * * * | No. CV-18-184-M-DLC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The Plaintiffs and the Defendants, by their undersigned attorneys, submit this Stipulation to Dismiss the Plaintiffs' Complaint (Doc 1) and this matter with prejudice.  A proposed order is attached hereto as Exhibit A.

WHEREFORE, the parties respectfully request that the Court enter its order dismissing the plaintiff's Complaint and this matter in their entirety with prejudice with the parties to bear their own respective attorneys' fees and costs.

DATED this 24th day of March 2023

> s/ Robert M. Carlson
> Corette Black Carlson & Mickelson
> Attorneys for Defendants
>
> s/ Sydney E. McKenna
> McKenna & Starin Trial Attorneys, PLLC
> Attorneys for Plaintiffs