IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHARON TEAGUE and RANDALL TEAGUE, Individually, and in their official capacity as Co-Personal Representatives of the ESTATE OF MARK RANDALL TEAGUE,<br><br>Plaintiffs,<br><br>vs.<br><br>REMINGTON ARMS COMPANY, LLC, REMINGTON OUTDOOR COMPANY, INC., SPORTING GOODS PROPERTIES, INC., E.I. DU PONT DE NEMOURS & COMPANY, and DOES A to K,<br><br>Defendants. | CV 18–184–M–DLC<br><br><br>ORDER |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 164.) The parties request that the Court enter an order dismissing the above-captioned matter with prejudice, with the parties to bear their own respective attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

1

DATED this 24th day of March, 2023.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court